**FILED**
APRIL 15, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG. 13-00117-EFB |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER FOR RELEASE OF |
| BRANDON MOORE, ) | PERSON IN CUSTODY |
| Defendant. ) | |
| ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release BRANDON MOORE, Case No. MAG. 13-00117-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ____   Release on Personal Recognizance

    ____   Bail Posted in the Sum of: $25,000.00

        _X_   Co-Signed Unsecured Appearance Bond *by parents.*

        ____   Secured Appearance Bond

        _X_   (Other) Conditions as stated on the record.

        ____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 4/15/2013 at 2:23 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge